UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID P. ESPOSITO<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF NORTH PROVIDENCE, by and through it's Finance Director ROBERT DISTEFANO, ET AL<br><br>*Defendants.* | C.A. No. 04-302 S |

***JOINT REQUEST FOR EXTENSION OF THE DISCOVERY CLOSURE DATE***

Now come the parties and jointly request that the discovery closure date be extended from September 22, 2005 to November 8, 2005. The parties state as reason that there is an extensive amount of discovery to be done. The defendants also contemplate the filing of a motion for summary judgment. The parties have agreed, subject to this Court's approval, that the plaintiff's deposition will be taken first and then the defendants will file their motion for summary judgment. The remaining discovery will be conducted after the motion is filed. The parties believe this plan may short cut and minimize some of the anticipated discovery.

The parties also request that the time for dispositive motions and the filing of pretrial memoranda be extended to December 8, 2005.

The parties respectfully request that their motion to extend be granted.

Plaintiff,
By his attorney,

Joseph P. Casale, Esq. (#3653)
438 East Main Road
Middletown, RI 02842
Phone: (401) 841-0004
Fax: (401) 841-0016

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com