**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**David P. Esposito**
**Plaintiff**

**Vs.** **C.A. # 04-302S**

**Town of North Providence, by and Through its Finance Director, Robert DiStefano & its agents, Mayor A. Ralph Mollis, John Fleming, Ernest C. Spaziano, G. Richard Fossa, William V. Devine, Joseph DiCenzo Leo J. Perrotta, William Abbatemateo**
**Defendants**

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

**Now comes the Plaintiff and by and through counsel, moves this Honorable Court for and Enlargement of Time in which to respond to Defendants' Motion for Summary Judgment. Plaintiff avers that given the complexity of said Motion, additional time is required. Plaintiff further avers that Defendant consents to said continuance.**

**WHEREFORE, Plaintiff requests that this Honorable Court enlarge the time frame to answer Defendants' Motion For Summary Judgment to December 8, 2005.**

**PLAINTIFF,**
**By His Attorney,**

**Joseph P. Casale, Esquire #3653**
**438 East Main Road**
**Middletown, RI 02842**
**401-841-0004**
**401-841-0016**
**Aquidnecklegal@aol.com**

CERTIFICATION

I certify that I caused to be mailed a copy of the within to Attorney Marc DeSisito, 211 Angell Street, P.O . Box 2563, Providence RI 02906 by fax and mail on this 9 day of November, 2005.