**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**David P. Esposito**
**Plaintiff**

**Vs.** **C.A. # 04-302S**

FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Town of North Providence, by and Through its Finance Director, Robert DiStefano & its agents, Mayor A. Ralph Mollis, John Fleming, Ernest C. Spaziano, G. Richard Fossa, William V. Devine, Joseph DiCenzo Leo J. Perrotta, William Abbatemateo**
**Defendants**

RECEIVED
NOV 16 2005
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

**Now comes the Plaintiff and by and through counsel, moves this Honorable Court for and Enlargement of Time in which to respond to Defendants' Motion for Summary Judgment. Plaintiff avers that given the complexity of said Motion, additional time is required. Plaintiff further avers that Defendant consents to said continuance.**

**WHEREFORE, Plaintiff requests that this Honorable Court enlarge the time frame to answer Defendants' Motion For Summary Judgment to December 8, 2005.**

**PLAINTIFF,**
**By His Attorney,**

**Joseph P. Casale, Esquire #3653**
**438 East Main Road**
**Middletown, RI 02842**
**401-841-0004**
**401-841-0016**
**Aquidnecklegal@aol.com**

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 11/15/05

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
November 17, 2005