UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

David P. Esposito
Plaintiff

Vs. C.A. # 04-302S

Town of North Providence, by and
Through its Finance Director, Robert DiStefano &
its agents, Mayor A. Ralph Mollis, John Fleming,
Ernest C. Spaziano, G. Richard Fossa,
William V. Devine, Joseph DiCenzo
Leo J. Perrotta, William Abbatemateo
Defendants

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Now comes the Plaintiff and by and through counsel, moves this Honorable Court for and Enlargement of Time in which to respond to Defendants' Motion for Summary Judgment. Plaintiff's Attorney avers that he has had to attend to certain family medical issues.

Plaintiff further avers that Defense Counsel has no objection.

WHEREFORE, Plaintiff requests that this Honorable Court enlarge the time frame to answer Defendants' Motion For Summary Judgment to December 21, 2005.

PLAINTIFF,
By His Attorney,

Joseph P. Casale, Esquire #3653
438 East Main Road
Middletown, RI 02842
401-841-0004
401-841-0016
Aquidnecklegal@aol.com

**CERTIFICATION**

**I certify that I caused to be mailed a copy of the within to Attorney Marc DeSisito, 211 Angell Street, P.O . Box 2563, Providence RI 02906 by fax and mail on this 2 day of December, 2005.**