**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
DEC 0 5 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**David P. Esposito**
**Plaintiff**

**Vs.** **C.A. # 04-302S**

**Town of North Providence, by and Through its Finance Director, Robert DiStefano & its agents, Mayor A. Ralph Mollis, John Fleming, Ernest C. Spaziano, G. Richard Fossa, William V. Devine, Joseph DiCenzo Leo J. Perrotta, William Abbatemateo**
**Defendants**

RECEIVED
DEC 0[illegible] 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

**Now comes the Plaintiff and by and through counsel, moves this Honorable Court for and Enlargement of Time in which to respond to Defendants' Motion for Summary Judgment. Plaintiff's Attorney avers that he has had to attend to certain family medical issues.**

**Plaintiff further avers that Defense Counsel has no objection.**

**WHEREFORE, Plaintiff requests that this Honorable Court enlarge the time frame to answer Defendants' Motion For Summary Judgment to December 21, 2005.**

**PLAINTIFF,**
**By His Attorney,**

**Joseph P. Casale, Esquire #3653**
**438 East Main Road**
**Middletown, RI 02842**
**401-841-0004**
**401-841-0016**
**Aquidnecklegal@aol.com**

MARTIN
☐ by findings & [illegible]
☑ for determination
☐ ____________
[illegible], U.S. [illegible]
Date 12/6/05

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
December 8, 2005