**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**David P. Esposito**
**Plaintiff**

**Vs.** **C.A. # 04-302S**

**Town of North Providence, by and Through its Finance Director, Robert DiStefano & its agents, Mayor A. Ralph Mollis, John Fleming, Ernest C. Spaziano, G. Richard Fossa, William V. Devine, Joseph DiCenzo Leo J. Perrotta, William Abbatemateo**

**AFFIDAVIT OF DAVID ESPOSITO**

**Now comes David Esposito, under oath and states:**

**1. That my recollection is that the Defendant Town made the representations to me relative to my fixing the "Grant Mess" in August 2002.**

**David Esposito**

**Sworn and subscribed to before me in** North Providence **on this** 31st **day of January 2006.**

**Notary Public**

KAYLA M. MUTTER
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES 11/1/09