UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID P. ESPOSITO<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF NORTH PROVIDENCE, ET AL.<br><br>Defendants. | C.A. No. 04-302S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion for Summary Judgment is GRANTED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: