AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID P. ESPOSITO

V.

TOWN OF NORTH PROVIDENCE, ET AL.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 04-302S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS, TOWN OF NORTH PROVIDENCE, BY AND THROUGH ITS FINANCE DIRECTOR, ROBERT DISTEFANO, AND ITS AGENTS, MAYOR A. RALPH MOLLIS, JOHN FLEMING, ERNEST C. SPAZIANO, G. RICHARD FOSSA, WILLIAM V. DEVINE, JOSEPH DICENZO, LEO J. PERROTTA, and WILLIAM ABBATEMATEO, AGAINST PLAINTIFF, PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

September 21, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk